Kevin M. Cuddy (Bar No. 0810062)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: (907) 277-1900
kevin.cuddy@stoel.com

**STOEL RIVES LLP**
510 L Street, Suite 500, Anchorage, AK 99501
*Main (907) 277-1900 Fax (907) 277-1920*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTINE COLEMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA USA FEDERAL CREDIT UNION,<br><br>Defendant. | Case No.: 3:19-cv-00229-HRH |

## NOTICE OF APPEARANCE

COMES NOW Kevin M. Cuddy of Stoel Rives LLP and enters his appearance as counsel of record on behalf of Defendant Alaska USA Federal Credit Union. Copies of all future pleadings and other documents to be served upon Stoel Rives LLP at 510 L Street, Suite 500, Anchorage, Alaska 99501.

Respectfully submitted,

DATED: September 16, 2019

STOEL RIVES LLP

By: /s/ Kevin M. Cuddy
    Kevin M. Cuddy (Bar No. 0810062)

*Attorney for Defendant Alaska USA Federal Credit Union*

# CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2019, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:19-cv-00229-HRH who are registered CM/ECF users, and whom are listed below, will be served by the CM/ECF system.

> Daniel I. Pace
> PACE LAW OFFICES
> 101 E. 9TH Ave., Ste 7A
> Anchorage, AK 99501
> Dan@PACELAWOFFICES.com
> *Attorney for Plaintiff Christine Coleman*

/s/ Lanette Blodgett
Practice Assistant to
Kevin M. Cuddy
*Attorney for Defendant*
*Alaska USA Federal Credit Union*

100712335.1 0065332-00002

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
Main (907) 277-1900 Fax (907) 277-1920

Notice of Appearance
*Coleman v. AK USA FCU;* Case No. 3:19-cv-00229-HRH        Page 3 of 3

Case 3:19-cv-00229-HRH   Document 6   Filed 09/16/19   Page 3 of 3